EMILY REAGAN IRBY
7337 SCR 581
RALEIGH, MS 39153

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

COMMUNITY BANK
ATTN: BANKRUPTCY
1905 COMMUNITY BANK
FLOWOOD, MS 39232

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

ELAN FINANCIAL SERVICE
CB DISPUTES
SAINT LOUIS, MO 63166

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

ISSAC AINSWORTH
7337 SMITH COUNTY ROAD 581
RALEIGH, MS 39153

REPRISE FINANCIAL
P O BOX 660252
DALLAS, TX 75266

SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
STE 640
MINNEAPOLIS, MN 55402

SHEFFIELD
PO BOX 25127
WINSTON-SALEM, NC 27114

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732