UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Bankr. Case No. 26-02288-KMS-7

Emily Reagan Irby Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Bankr. Case No. 26-02288-KMS-7

Emily Reagan Irby Chapter 7

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 23, 2026 :

Thomas Carl Rollins, Jr
PO BOX 13767
Jackson, MS 39236

Derek A Henderson
1765-A Lelia Drive
Suite 103
Jackson, MS 39216

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx29845 / 1139795