**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 § 341 MEETING**
**DATE: 10/16/26**

**IN RE: EMILY REAGAN IRBY** **CASE NO: 26-02288-KMS**

**APPEARANCES:**

( ) DEBTOR 1 Not Present
( ) Required picture I.D. produced
( ) Required SSN verification produced
( ) Pay advices received

( ) DEBTOR 2 (Spouse in Joint Cases)
( ) Required picture I.D. produced
( ) Required SSN verification produced
( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed
Tax returns received for __________(years) on __________
Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE __________
(✓) ATTORNEY FOR DEBTOR(S): Perry Littlefield
( ) DEBTOR(S) APPEARED PRO SE
YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
( ) HELD
or
( ) NOT HELD
or
(✓) NOT CONCLUDED AND IS CONTINUED TO THE 18th DAY OF November, 20 26 AT 9 O'CLOCK A.M.

YES ( ) NO( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S. C. §329.
CREDITOR (s) __________

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within ______ Days of 341(a) Meeting.
( ) OTHER: __________
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:

ADDITIONAL NOTES: Debtor unable to attend

DATED: 10/16/26 TRUSTEE: DEREK A. HENDERSON
Track # ______ or Tape # ______ Side ______ Counter Start # ______